UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROY BENJAMIN,<br><br>　　　　　Defendant. | Case No.: CR 12-00768 LHK<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for May 8, 2013, at 9:00 a.m. is hereby rescheduled for June 26, 2013, at 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between May 8, and June 26, 2013, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

Dated: May __7__, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge