1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROY BENJAMIN,<br><br>　　　　　Defendant. | Case No.: CR 12-00768 LHK<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for June 26, 2013, at 9:00 a.m. is hereby rescheduled for July 31, 2013, at 9:00 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between June 26 and July 31, 2013, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

Dated:  June __25__, 2013

　　　　　　　　　　　　　　　　　　　　_/s/ Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　HON. LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge