UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROY BENJAMIN,<br><br>　　　　　　Defendant. | Case No.: CR 12-00768 LHK<br><br>[~~PROPOSED~~] ORDER TO STRIKE FROM THE RECORD DOCKET NO. 11 |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference memorandum filed by defense counsel on March 21, 2013 (Docket No. 11) be stricken from the record. Docket No. 11 is ordered stricken from the court's file and deleted from the Court's electronic case filing system.

Dated: July __16__, 2014　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge